IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| **Debbie L. Simpson**, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No. 3:03-3538-CMC-JRM |
| | ) | |
| vs. | ) | **ORDER AND OPINION** |
| | ) | |
| **United Parcel Service Company**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff filed this action against her employer, United Parcel Service Company, alleging claims for discrimination on the basis of her sex pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e *et seq.* Additionally, she appears to allege a claim under South Carolina law for wrongful termination/breach of contract. Defendant filed a motion for summary judgment and Plaintiff filed a memorandum in opposition to the motion. Defendant filed a reply.

In accordance with this court's order of reference and 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Joseph R. McCrorey for a Report and Recommendation. The Magistrate Judge filed his Report and Recommendation May 24, 2005.

This court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b).

Based on his review of the record, the Magistrate Judge has recommended that Defendant's

motion for summary judgment be granted. Plaintiff filed objections to the Report and Recommendation June 13, 2005.

The court has carefully considered the objections and finds them to be without merit. After reviewing the Complaint, the motion, the memorandum in opposition, the Report and Recommendation of the Magistrate Judge, and Plaintiff's objections, the court agrees with the recommendation of the Magistrate Judge. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference.

IT IS HEREBY ORDERED that Defendant's motion for summary judgment is **GRANTED** and this action is *dismissed with prejudice*.

**IT IS SO ORDERED**.

                                                s/Cameron McGowan Currie
                                                CAMERON MCGOWAN CURRIE
                                                UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 21, 2005

C:\temp\notesB0AA3C\03-3538 Simpson v. UPSC - sj granted over objs.wpd